USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

In re ITT EDUCATIONAL SERVICES, INC.
SECURITIES AND SHAREHOLDER
DERIVATIVES LITIGATION

---------------------------------------------------------X

10 **CIVIL** 8323 (VM)

**JUDGMENT**

By Order dated March 30, 2012, the Court having preliminarily granted Defendant's motion to dismiss, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on May 4, 2012, having rendered its Decision and Order granting the Motion of defendants Kevin M. Modany, Daniel M. Fitzpatrick, and ITT Educational Services, Inc. to Dismiss the Corrected Consolidated Class Action Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 4, 2012, the Motion of defendants Kevin M. Modany, Daniel M. Fitzpatrick, and ITT Educational Services, Inc. to Dismiss the Corrected Consolidated Class Action Complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
May 9, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________